UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 SEP -8 AM 10: 12

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | '08 MJ 2750 |
| ) | Magistrate Case No._____ |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| **Carlos Enrique NAVARRO-Rodriguez** ) | Attempted Entry After |
| ) | Deportation |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

On or about **September 7, 2008**, within the Southern District of California, defendant **Carlos Enrique NAVARRO-Rodriguez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the **San Ysidro Port of Entry**, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

_____
SIGNATURE OF COMPLAINANT
Alfredo Loperena, Enforcement Officer
U.S. Customs and Border Protection

Sworn to before me and subscribed in my presence this, 8th day of September, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

## Probable Cause Statement

On September 7, 2008 at approximately 3:50 AM, a male individual later identified as **Carlos Enrique NAVARRO-Rodriguez (Defendant)**, attempted to enter the United States from Mexico at the San Ysidro, California Port of Entry through the vehicle primary lanes as the passenger of a vehicle. Defendant presented an invalid Permanent Resident Card (I-551) and a California driver's license card, both bearing his name and picture as his entry documents to a Customs and Border Protection (CBP) Officer. Defendant further stated that he was going to Oxnard, CA. The CBP Officer received a computer-generated referral for Defendant. The CBP Officer referred the vehicle and its occupants to secondary for further inspection.

In secondary, a CBP Officer conducted computer name queries on Defendant. The computer queries revealed Defendant was a previously removed alien and was escorted to a secured location. Additionally, Defendant's fingerprints were obtained and queried through the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). IDENT/IAFIS returned a match to the query, identifying Defendant as a citizen of Mexico and a previously deported/removed alien.

Further queries through the Immigration Central Index System (CIS) and the Enforce Alien Removal Module (EARM) confirmed Defendant to be a citizen of Mexico without legal documents to enter the United States. CIS and EARM system queries reveal Defendant was ordered deported/removed from the United States to Mexico by an Immigration Judge on or about November 12, 2004 and was last physically removed from the United States to Mexico through the San Ysidro Port of Entry on September 4, 2008. Immigration service records indicate no evidence that Defendant has applied for, or received permission from the Attorney General of the United States, or his designated successor, the Secretary of the Department of Homeland Security to legally re-enter the United States.

During a videotaped proceeding, Defendant was advised of his Miranda Rights. Defendant acknowledged his rights and elected to answer questions without an attorney present. Defendant admitted he was born in Irapuato, Guanajuato, Mexico. Defendant admitted he knowingly presented an invalid Permanent Resident Card in order to enter the United States. Defendant further stated he was going to Oxnard, California to reunite with his family. Defendant also admitted he has been previously ordered deported from the United States by an Immigration Judge and has not applied for nor received permission to legally re-enter the United States.